Quinn R. OWEN; et al., Plaintiffs— Appellants,

v.

USDA OKANOGAN FFS; et al., Defendants—Appellees.

No. 02–35375.

D.C. No. CV–01–00306–JLQ.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 15, 2003.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument; therefore, we deny Numrich's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

---

* The panel unanimously finds this case suitable for decision without oral argument, and denies appellants' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

**474**

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

### MEMORANDUM**

Quinn and Ann Owen appeal pro se the district court's judgment dismissing their action alleging non-performance of an agreement with the United States Forest Service for the use and assignment of fire-fighting equipment and services, and intentional mishandling of their claims for lost revenue. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for lack of subject matter jurisdiction, *Tucson Airport Auth. v. Gen. Dynamics Corp.*, 136 F.3d 641, 644 (9th Cir.1998), and we affirm.

The district court properly dismissed the Owens' action for lack of subject matter jurisdiction because the amount in controversy exceeds $10,000 and the Owens' claims, however characterized, are contractually based. *See* 28 U.S.C. § 1491; *Tucson Airport Auth.*, 136 F.3d at 647–48.

The district court did not abuse its discretion by declining, in the interest of justice, to transfer the action to the Court of Federal Claims. *See* 28 U.S.C. § 1631; *Clark v. Busey*, 959 F.2d 808, 813 (9th Cir.1992) (affirming district court's refusal to transfer case that failed to state a colorable claim).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.